JS-6
Admin Close

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM SERVICES LLC, a limited liability company; DIMITRIS DOE, an individual; VANESSA DOE, an individual; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO.  5:23-cv-01340 JGB (SHKx)<br><br>**ORDER REMANDING ACTION TO STATE COURT**<br><br>Action Filed:　　April 3, 2023<br>Action Removed:　July 10, 2023<br>Trial Date:　　　Not set |

　　　The Court, having reviewed and considered the Parties' stipulation seeking remand to the Superior Court of California, County of Riverside, and finding good cause shown, orders that:

///

///

(1) This action is hereby remanded to the Superior Court of California, County of Riverside.

**IT IS SO ORDERED.**

Dated: August 23, 2023

By: _____
The Honorable Jesus G. Bernal